PER CURIAM.
Affirmed on authority of Morgan v. State (Fla.App.2d 1962), 142 So.2d 308 and Rohdin v. State (Fla.App.2d 1958), 105 So.2d 371.
This case is clearly distinguishable from Specht v. Patterson (1967), 386 U.S. 605, 87 S.Ct. 1209, 18 L.Ed.2d 326, and Townsend v. Burke (1948), 334 U.S. 736, 68 S.Ct. 1252, 92 L.Ed. 1690; and our decision is wholly consonant with Williams v. New York (1949), 337 U.S. 241, 69 S.Ct. 1079, 93 L.Ed. 1337.
LILES, C. J., and PIERCE and Mc-NULTY, JJ., concur.